FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| TEOFILO MEDINA, JR., *Petitioner-Appellant*, <br><br> v. <br><br> KEVIN CHAPPELL, Warden, *Respondent-Appellee*. | No. 09-99015 <br><br> D.C. No. 2:94-CV-01892-RSWL |

| | |
|---|---|
| TEOFILO MEDINA, JR., *Petitioner-Appellant*, <br><br> v. <br><br> R. K. WONG, *Respondent-Appellee*. | No. 09-99016 <br><br> D.C. No. 2:97-CV-07062-RSWL <br><br> ORDER |

Filed April 16, 2015

Before: Sidney R. Thomas, Chief Judge, and Kim McLane Wardlaw, and Marsha S. Berzon, Circuit Judges.

**ORDER**

In light of Petitioner's death, we vacate the opinion filed March 26, 2015 as moot, and remand to the district court with instructions to dismiss the habeas petitions.

**IT IS SO ORDERED.**